UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA REYES MENDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>SACRAMENTO POLICE OFFICERS,<br><br>   Defendant. | No. 2:21-cv-01965-DJC-JDP (PS)<br><br><br>ORDER |

On July 24, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The Court presumes that any findings of fact are correct.  See *Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.  In addition, the Court has reviewed the Magistrate Judge's December 19, 2022 Order (ECF No. 4) which the Court finds is also supported by the record and the

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed July 24, 2023, are ADOPTED;

2. This action is dismissed without prejudice for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the December 19, 2022 order; and

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: __September 6, 2023__

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE